

EXHIBIT "C"